IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| DIANA RUIZ-ESPARZA, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | EP-10-CV-234-DB |
| | § | |
| THE UNIVERSITY OF TEXAS AT EL PASO, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

On this day, the Court entered a Memorandum Opinion and Order in the above-captioned cause, granting Defendant the University of Texas at El Paso's Motion for Summary Judgment. The Court now enters Final Judgment pursuant to Federal Rule of Civil Procedure 58.

Accordingly, **IT IS HEREBY ORDERED** that the above-captioned cause is **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that all other pending motions, if any, are **DENIED AS MOOT.**

SIGNED this **10th** day of **November, 2011.**

THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE